# Court of Appeals
# of the State of Georgia

ATLANTA,  June 21, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1965.  GARY WILSON v. LINDA WILSON.**

Gary Wilson, a third-party defendant in this divorce action, has appealed to this Court from the trial court's order dismissing his notice of appeal.  The Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); see also *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004).  Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court of Georgia for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/21/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*